**H. C. CARNLEY, Appellant, v. STATE of Texas, Appellee.** (No. 13118.)

Court of Criminal Appeals of Texas. Oct. 30, 1929.

Fairchild & Redditt, of Lufkin, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful manufacture of intoxicating liquor; penalty, one year.

The record contains neither statement of facts nor any bill of exception. Appellant presents nothing for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the .court.

**Eddie CLEMONS v. STATE.** (No. 13145.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

W. W. Heath, of Anderson, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for theft of cattle; punishment being two years' confinement in the penitentiary.

Notwithstanding appellant entered a plea of guilty under the forms of law, he brings his case to this court by appeal, without a statement of facts or a single bill of exception. It is so apparent that the appeal was perfected purely for delay that it tries the patience of this court to examine even the scanty record before us.

There is in truth nothing presented for review, and the judgment is affirmed.

**Wm. COX, Appellant, v. STATE of Texas, Appellee.** (No. 13047.)

Court of Criminal Appeals of Texas. Oct. 30, 1929.

J. M. Carter, of Aspermont, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is driving an automobile while intoxicated; the punishment is a fine of $10 and 30 days in jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.